**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EVANSTON INSURANCE COMPANY, AS
SUCCESSOR BY MERGER TO ESSEX
INSURANCE COMPANY,

    Plaintiff,

v.

McCLELLAN-VICK CONSULTING, INC.,

                                                 No: 1:16-cv-01068 RJ/SCY

    Defendant.

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow fourteen (14) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

                                     Submitted by:

                                     KELEHER & McLEOD, P.A.

                                     */s/ Ann Maloney Conway*
                                     Ann Maloney Conway
                                     Thomas C. Bird
                                     PO Box AA
                                     Albuquerque, NM 87103
                                     (505) 346-4646
                                     Fax (505) 346-1370
                                     amc@keleher-law.com
                                     tcb@keleher-law.com
                                     *Attorneys for Plaintiff, Evanston Insurance Company, as Successor by Merger to Essex Insurance Company*

## Certificate of Service

It is hereby certified that a true and correct copy of the foregoing was filed, via the Court's electronic filing system, and thus served to all counsel of record this 30th day of January, 2017.


   /s/ Ann Maloney Conway
  Ann Maloney Conway



4843-6887-8400, v. 1