UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVANSTON INSURANCE COMPANY, AS
SUCCESSOR BY MERGER TO ESSEX
INSURANCE COMPANY,

    Plaintiff,

v.

McCLELLAN-VICK CONSULTING, INC.,

                                                                No: 1:16-cv-01068 RJ/SCY

    Defendant.

STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Defendants. Each party will bear their own fees and costs incurred in this matter.

    Submitted by:

    KELEHER & McLEOD, P.A.

    */s/ Ann Maloney Conway*
    Ann Maloney Conway
    Thomas C. Bird
    PO Box AA
    Albuquerque, NM 87103
    (505) 346-4646
    Fax (505) 346-1370
    amc@keleher-law.com
    tcb@keleher-law.com
    *Attorneys for Plaintiff, Evanston Insurance Company, as Successor by Merger to Essex Insurance Company*

Approved by:

GUEBERT BRUCKNER PC

    */s/ Jonathan A. Garcia*
Terry R. Guebert
Christopher J. DeLara
Jonathan A. Garcia
PO Box 93880
Albuquerque, NM 87199-3880
(505) 823-2300
tguebert@guebertlaw.com
cdelara@guebertlaw.com
jagarcia@guebertlaw.com
*Attorneys for Defendant McClellan Vick Consulting, Inc.*

## Certificate of Service

It is hereby certified that a true and correct copy of the foregoing was filed, via the Court's electronic filing system, this 20th day of February, 2017.

    */s/ Ann Maloney Conway*
Ann Maloney Conway

4820-9947-7315, v. 1