IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, § | | |
| AS SUCCESSOR BY MERGER TO § | | |
| ESSEX INSURANCE COMPANY, § | | |
|    *Plaintiff*, § | | |
| § | | |
| V. § | NO. 1:16-CV-1068 RJ/SCY | |
| § | | |
| MCCLELLAN-VICK CONSULTING, § | | |
| INC., § | | |
|    *Defendant*. § | | |

## FINAL ORDER OF DISMISSAL

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the parties Stipulation of Dismissal With Prejudice [Doc. 35] filed February 20, 2017. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 21st day of February, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE